**No. 47141.**—Protest 57825–K of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with agreement of counsel at the hearing the antimony figures in question were held dutiable as claimed at 3 cents per pound, but not less than 22½ percent nor more than 45 percent ad valorem under the provision for "Articles or wares not specially provided for, if composed wholly or in chief value of lead, but not plated with platinum, gold, or silver, or colored with gold lacquer, whether wholly or partly manufactured," incorporated in said paragraph 397 by virtue of T. D. 49753.

**No. 47142.**—Protest 3616–K of New York Merchandise Co., Inc., (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the atomizers in question contain over 4 percent of copper by weight, but not in chief value of copper, they were held dutiable at three-fourths of 1 cent per pound or 3 percent ad valorem, whichever is the lower, under section 601 (c) (7). The protest was sustained.

**No. 47143.**—Protest 658536–G of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by DALLINGER, J. At the hearing no evidence was presented, but the court's attention was called to the case of *Steel, Inc.* v. *United States* (28 C. C. P. A. 77, C. A. D. 128). Counsel for plaintiff also called attention to the case of *Wilbur-Ellis* v. *United States* (26 id. 403, C. A. D. 47), but the court was of the opinion the said decisions do not apply to the facts in the instant case as in the case at bar the forged steel balls, or their equivalent, constitute an integral and indispensable part of the grinding machine, without which the latter would be incomplete and incapable of performing the function for which it was constructed and designed. *United States* v. *Willoughby Camera Stores, Inc.* (21 C. C. P. A. 322, T. D. 46851) cited. On the record presented the court stated it could see no reason for not adhering to its original decision in *Steel, Inc.* v. *United States* (2 Cust. Ct. 234, C. D. 131), affirmed in *Steel, Inc.* v. *United States* (28 C. C. P. A. 77, C. A. D. 128). The protest was therefore overruled.